## MOORE v. STATE. (No. 5658.)

(Court of Criminal Appeals of Texas. Jan. 28, 1920.)

CRIMINAL LAW ⟜1087(1)—APPEAL DISMISSED IN ABSENCE OF NOTICE OF APPEAL FROM RECORD.

Where the record contains no notice of appeal, an appeal from a conviction of petty theft will be dismissed on state's motion.

Appeal from Collin County Court; R. L. Moulden, Judge.

Bill Moore was convicted of petty theft, and appeals. Appeal dismissed.

Alvin M. Owsley, Asst. Atty. Gen., for the State.

LATTIMORE, J. In this case the appellant was convicted, in the county court of Collin county, of the offense of petty theft, and his punishment fixed at confinement in the county jail for a term of one year.

The Assistant Attorney General has filed a motion to dismiss the appeal in this case, because of the fact that the record contains no notice of appeal. An inspection of the record shows that the ground of this motion is well taken. Narsingle v. State, 146 S. W. 934.

The state's motion is sustained, and the appeal is dismissed.